UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                 **DECISION AND ORDER**

   v.                 20-CR-100-A

CARL I. WILSON, JR.,

      Defendant.

---

  This case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.  On February 18, 2021, defendant Carl I. Wilson, Jr. appeared before Magistrate Judge McCarthy and entered a plea of guilty to Count 5 of the Indictment which charges him with Aggravated Bank Robbery in violation of 18 U.S.C. § 2113(a).

  Magistrate Judge McCarthy issued a Report and Recommendation (Dkt. No. 99) confirming his oral findings that defendant's plea of guilty was knowing, voluntary, and supported by a factual basis.  No timely objections to the Report and Recommendation have been filed.  It is hereby

  **ORDERED** that, upon review of the transcript of the February 18, 2021, change-of-plea proceeding before the Magistrate Judge, and the Report and Recommendation, the Court finds that all the requirements of Federal Rules of Criminal Procedure Rule 11 have been carefully followed.  Defendant Wilson's plea of guilty was knowing, voluntary, and supported by a factual basis.  The Magistrate Judge informed Defendant, who was placed under oath and addressed personally in open court, of the defendant's rights and

the trial rights he was waiving should the Court accept his plea of guilty, the nature of the charge to which he was pleading guilty, and any maximum possible penalty, among the other requirements listed in the Rule.  The Magistrate Judge determined that Defendant understood the foregoing.  Accordingly, defendant Wilson's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation.  Dkt. No. 99.  Sentencing is scheduled for June 25, 2021 at 12:30 pm. The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

_s/Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  March 10, 2021